**Order entered February 18, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01226-CV

### HENRY DOMAGALSKI, Appellant

### V.

### DELMA DOMAGALSKI, Appellee

**On Appeal from the 256th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-13-00889-Z**

## ORDER

Before the Court is appellant's January 31, 2014 motion to extend the time to file a brief. Because the reporter's record has not been filed, appellant's brief is not yet due. We **DENY** appellant's motion as moot.

Appellant filed an affidavit of indigence in the trial court on September 19, 2013. According to the trial court's docket sheet, the court reporter was notified of the filing and no contest was filed. Thus, appellant is allowed to proceed without advance payment of costs. *See* TEX. R. APP. P. 20.1(f).

The reporter's record is past due. We **ORDER** Glenda Johnson, Official Court Reporter of the 256th Judicial District Court of Dallas County, Texas, to file the reporter's record **within thirty days of the date of this order**.

On September 4, 2013, appellant timely filed a request for findings of fact and conclusions of law. Appellant needs the trial court's findings of fact and conclusions of law to prepare his brief. Accordingly, we **ORDER** the Honorable David Lopez, Judge of the 256th Judicial District Court to make his findings of fact and conclusions of law **within thirty days of the date of this order**. The findings of fact and conclusions of law shall be filed in a supplemental clerk's record **within forty-five days of the date of this order**.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Judge Lopez, Glenda Johnson, and all counsel of record.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal will be reinstated forty-five days from the date of this order or when the Court receives the supplemental clerk's record containing the findings of fact and conclusions of law, whichever occurs sooner.

/s/     ADA BROWN
        JUSTICE